**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERTA SQUIERS,

        Plaintiff,

                                    Case No. 8:13-cv-2480-T-30JRK

vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.
_____/

### REPORT AND RECOMMENDATION[1]

This cause is before the Court sua sponte. On September 25, 2013, Plaintiff initiated this action by filing a pro se Complaint against the Commissioner of Social Security (Doc. No. 1) and a request to proceed in forma pauperis (Doc. No. 2). On October 1, 2013, the Honorable Thomas B. McCoun, III granted Plaintiff's request to proceed in forma pauperis and directed Plaintiff to complete and return summonses for service of process to the Clerk of Court within twenty (20) days. See Order (Doc. No. 4), entered October 1, 2013. Then, on October 15, 2013, this matter was reassigned from Judge McCoun to the undersigned (Doc. No. 5). On October 16, 2013, the undersigned entered an Order (Doc. No. 6) advising Plaintiff of some of her responsibilities as a pro se litigant, including the requirement that Plaintiff "must abide by and comply with all orders of this Court."

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document. Failure to file a timely objection waives a party's right to a de novo review. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; Local Rule 6.02(a).

When Plaintiff failed to complete and return the summonses as directed by the October 1, 2013 Order, the undersigned entered an Order (Doc. No. 7) on October 28, 2013, providing Plaintiff with additional time to comply.  Plaintiff was further advised that failure to comply could result in a recommendation that this matter be dismissed for failure to prosecute.  Plaintiff did not complete and return the summonses as directed; therefore, on December 6, 2013, an Order to Show Cause (Doc. No. 8) was entered, directing Plaintiff to comply by January 2, 2014.  Plaintiff was advised that failure to comply with the Order to Show Cause could result in a recommendation that this case be dismissed without further notice.

To date, Plaintiff has not responded to the Order to Show Cause or requested more time in which to do so.  In fact, Plaintiff has not filed a single document since she filed the Complaint and the request to proceed in forma pauperis.  Despite being given multiple opportunities to respond and to perfect service, it now appears that Plaintiff has abandoned the prosecution of her case.  Accordingly, it is

**RECOMMENDED**:

1.   That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

2.   That the Clerk of Court be directed to close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on January 13, 2014.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

-2-

jlk
Copies to:

Honorable James S. Moody, Jr.
United States District Judge

Pro se party

Case 8:13-cv-02480-JSM-JRK   Document 9   Filed 01/13/14   Page 3 of 3 PageID 31

-3-