**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROBERTA SQUIERS,

    Plaintiff,

v.                                                    Case No: 8:13-cv-2480-T-30JRK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

**ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge James R. Klindt (Dkt. #9). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

    After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

    1.    The Report and Recommendation (Dkt. #9) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. This case is DISMISSED without prejudice for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of January, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Even\2013\13-cv-2480 adopt 9.docx

2